# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALFA MUTUAL INSURANCE CO.** *as* subrogee of Noel and Sandra Forsythe | : |
| Plaintiff, | : |
| v. | : No. 17-CV-00817 |
| **JONES STEPHENS CORP.** | : |
| Defendants/Third-Party Plaintiff, | : |
| v. | : (Magistrate Judge Carlson) |
| **COASTAL NINGBO HARDWARE MANUFACTURING CO., LTD,;** *and* **NINGBO BEST METAL & PLASTIC MANUFACTURING CO., LTD.,** | : |
| Third-Party Defendants. | : |

## ORDER

AND NOW, this 1st day of August 2019, in accordance with the accompanying memorandum opinion, IT IS HEREBY ORDERED THAT the defendant's motion to dismiss (Doc. 49) is GRANTED and the complaint is dismissed. The clerk is further DIRECTED to CLOSE this case.

*/s/ Martin C. Carlson*
 Martin C. Carlson
 United States Magistrate Judge